DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACOB DANIEL COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0290 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR CONTINUED RELEASE |
| v. | ) | PENDING SENTENCING; ORDER |
| | ) | |
| CECILIO MENDEZ-PRIETO, and | ) | Date: June 20, 2012 |
| JACOB DANIEL COBB, | ) | Time: 9:00a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. | ) | |
| | ) | |

JACOB COBB, by his counsel, hereby requests that the court enter an order continuing his release status pending further proceedings in this case, and further says in support of that request as follows:

1. Counsel for Mr. Cobb mis-spoke in court this morning when he advised that Mr. Cobb had not been subject to pretrial conditions when he was released. See CR 26 (release order stating conditions).

2. After court Mr. Cobb and counsel met with Pretrial Services Officer Darryl Walker and provided updated information to him. At that time Mr. Walker advised that drug testing and

1

weekly telephone reporting appeared to him to be appropriate and adequate additional conditions of his release.  Mr. Walker authorized counsel to so state to the court in this submission.

3. The court is advised that Mr. Cobb is not engaged in any cooperating activity.

4. Counsel for Mr. Cobb conferred with government counsel and apprised him of defense counsel's misstatement in court regarding Mr. Cobb's release conditions as well as the results of the meeting with the Pretrial Services Officer.  Government counsel has also been apprised of the contents of this submission.  On that basis government counsel has authorized me to advise the court that the government does not desire to be heard further on the question of continued release, and submits the matter to the judgment of the court.

On that basis and subject to the concurrence of pretrial services and subject to such further conditions, if any, that they might deem appropriate, the court is requested to order that Mr. Cobb be continued on release pending further proceedings in the case.

Respectfully submitted,

Dated: March 19, 2012           /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JACOB DANIEL COBB

**O R D E R**

Based on the representations of counsel set forth above this request for continued release pending further proceedings is hereby GRANTED.

The Pretrial Services Office shall advise the court and parties of such added or modified conditions of release as it deems appropriate. Absent opposition filed before the end of business on Friday June 15, 2012, any added or modified conditions will become effective at that time and the hearing now scheduled for June 20, 2012, at 9:00 a.m. is vacated.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
UNITED STATES DISTRICT JUDGE

3